PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jay Avery Jenerette            Docket No. 7:11-MJ-1239-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Chip Williams, probation officer of the court, presenting an official report upon the conduct of defendant, Jay Avery Jenerette, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, NC, on the 14th day of November, 2011, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

Jay Avery Jenerette
Docket No. 7:11-MJ-1239-1
Petition For Action
Page 2

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

- Maintain weekly contact with case agent.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** A Violation Report was submitted on February 6, 2012, informing the court the defendant tested positive for marijuana on January 12, 2012. The court agreed to take no action and hold the violation in abeyance. When confronted about the drug use on January 25, 2012, the defendant admitted to being intoxicated on New Year's Eve and opined that is when he used marijuana. On February 7, 2012, the Brunswick County Sheriffs Office cited the defendant for Driving While License Revoked, Operate a Vehicle With No Insurance, Cancelled/Revoked/Suspended Tag, Fictitious/Altered Title and/or Registration Card/Tag, Expired Registration Card/Tag, Expired/No Inspection, and Drive/Allow Motor Vehicle With No Registration. Additionally, on February 7, 2012, the defendant's case agent advised the defendant had failed to maintain weekly contact as required. The agent further advised the defendant had not contacted him since approximately two (2) weeks after the defendant's release on November 14, 2011.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be schedule to determine whether the defendant has violated the conditions of his pretrial release and whether his release should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/Chip Williams |
| Kevin L. Connolley | Chip Williams |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street, Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-815-4857 |
| | Executed On: February 10, 2012 |

Jay Avery Jenerette
Docket No. 7:11-MJ-1239-1
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this  10  day of  February , 2012, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge