UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jay Avery Jenerette**                         **Docket No. 7:11-CR-156-1FL**

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jay Avery Jenerette, who, upon an earlier plea of guilty to Conspiracy to Distribute and Distribute 28 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 19, 2012, to the custody of the Bureau of Prisons for a term of 92 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On February 4, 2015, pursuant to a Motion for Sentence Reduction pursuant to 18 U.S.C. 3582(c)(2), the court reduced the term of imprisonment to 77 months, and ordered that the effective date for the reduction would be November 1, 2015.

Jay Avery Jenerette was released from custody on August 26, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 10, 2018, the defendant called the undersigned probation officer and advised that the preceding day he had been charged with Possession of an Open Container of Alcohol in the Passenger Area (18IF701279) and Possession of Marijuana Up to ½ Ounce (18CR701423) in Brunswick County, North Carolina. When confronted on March 16, 2018, the defendant reported that he drank a beer after getting off of work and put the empty bottle in the vehicle he was driving, a vehicle owned by his girlfriend. He further reported that when he was stopped for crossing over the center line that the officers who stopped him saw the open beer bottle and found the remnants of marijuana cigarettes in the ash tray. While the defendant was adamant that the marijuana cigarette remnants did not belong to him, he confessed that he recently used marijuana as a stress reliever. In response to the charge for Open Container and the defendant's admission to using marijuana, he was verbally admonished, referred for participation in substance abuse treatment, and a cognitive intervention was applied to improve his decision making ability. Additionally, he signed a Waiver of Hearing agreeing to have the conditions of his supervision modified to include a requirement that he complete 12 hours of community service. Therefore, it is recommended that he be required to complete 12 hours of community service. With respect to the charge of Possession of Marijuana Up to ½ Ounce, it is recommended that no action be taken by the court pending adjudication. The court will be notified should any future violations occur.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ David W. Leake<br>David W. Leake<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2045<br>Executed On: March 19, 2018 |

### ORDER OF THE COURT

Considered and ordered this __20th__ day of ____March____, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge